AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**NEIL A. MORGAN, II, et al.,**

      **Plaintiffs,**

                          **JUDGMENT IN A CIVIL CASE**

**v.**

                          **CASE NO.   2:15-cv-1505**

**FAIRFIELD COUNTY, OHIO, et al.,**    **CHIEF JUDGE EDMUND A. SARGUS, JR.**
                                                **MAGISTRATE JUDGE KIMBERLY A. JOLSON**

      **Defendants.**


\_\_\_\_    **Jury Verdict.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

 X    **Decision by Court.**   A decision has been rendered by the Court without a hearing or trial**.**

      **Pursuant to the OPINION AND ORDER filed September 19, 2017, JUDGMENT is hereby entered DISMISSING this case.**


Date:   September 19, 2017                       RICHARD W. NAGEL, CLERK


                                                          */S/ Melissa Saddler*
                                                          (By) Melissa Saddler
                                                          Courtroom Deputy Clerk